UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
RICHARD M. KELLY,                     :
                                      :
              Plaintiff,              :      09 Civ. 1142 (JSR)
                                      :
         -v-                          :      ORDER
                                      :
EXPERIAN INFORMATION SOLUTIONS et al.,:
                                      :
              Defendants.             :
------------------------------------- x

JED S. RAKOFF, U.S.D.J.

     On October 14, 2010, the Honorable Debra Freeman, United States Magistrate Judge, issued a Report and Recommendation in the above-captioned matter recommending the denial of plaintiff's motion for a default judgment against defendant West Suburban Bank.

     Plaintiff has failed to file any objection to the Report and Recommendation, and, for that reason alone, has waived any right to review by this Court. See Thomas v. Arn, 474 U.S. 140, 147-48 (1985); Mario v. P & C Food Markets, Inc., 313 F.3d 758, 766 (2d Cir. 2002); Spence v. Superintendent, Great Meadow Corr. Facility, 219 F.3d 162, 174 (2d Cir. 2000). Accordingly, the Court hereby adopts the Report and Recommendation, and, for the reasons therein, denies plaintiff's motion for a default judgment against defendant West Suburban Bank. The Clerk of the Court is directed to close document number 32 on the docket of the case.

     SO ORDERED.

                                                   JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       November 15, 2010