UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
RICHARD M. KELLY,                    :
                                     :
                Plaintiff,           :        09 Civ. 1142 (JSR) (DF)
                                     :
        -v-                          :             ORDER
                                     :
ASSET ACCEPTANCE, et al.,            :
                                     :
                Defendants.          :
------------------------------------ x

JED S. RAKOFF, U.S.D.J.

        On December 20, 2011, the Honorable Debra Freeman, United

States Magistrate Judge, issued a Report and Recommendation in the

above-captioned matter recommending the dismissal of plaintiff's claims

for failure to prosecute and for failure to state a claim upon which

relief can be granted.

        Plaintiff has failed to file any objection to the Report and

Recommendation, and, for that reason alone, has waived any right to

review by this Court.  See Thomas v. Arn, 474 U.S. 140, 147-48 (1985);

Mario v. P & C Food Markets, Inc., 313 F.3d 758, 766 (2d Cir. 2002);

Spence v. Superintendent, Great Meadow Corr. Facility, 219 F.3d 162,

174 (2d Cir. 2000).  Accordingly, the Court hereby adopts the Report

and Recommendation, and, for the reasons therein, dismisses plaintiff's

claims with prejudice.  Clerk to enter judgment.

        SO ORDERED.

                                        _____
                                        JED S. RAKOFF, U.S.D.J.


Dated:  New York, New York
        February 29, 2012